# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa A. Miller fka Lisa A. Allen<br>                      Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>                      Movant<br>      vs.<br><br>Lisa A. Miller fka Lisa A. Allen<br>                      Debtor(s)<br><br>Scott Waterman<br>                      Trustee | CHAPTER 13<br><br><br>NO. 19-13211 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **July 31, 2019, docket number 19**.

                                                Respectfully submitted,

                                         By: **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            215-627-1322
                                            Attorney for Movant/Applicant

December 30, 2019