IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| **LISA A. MILLER,** | : | BANKRUPTCY NO. 19-13211 |
| | : | |
| **Debtor** | : | |
| | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Lisa A. Miller, (the "Debtor") has filed a Motion to Avoid Judicial Liens of DISCOVER BANK.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **March 6, 2020**, you or your attorney must do all of the following:

    (a) file an answer explaining your position at

    United States Bankruptcy Court
    Office of the Clerk, Room 103
    The Gateway Building
    201 Penn Street
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the dated above; and

    (b) mail a copy to the movant's attorney:

    Alaine V. Grbach, Esquire
    675 Estelle Drive
    Lancaster  PA  17601

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (1)(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3. **A hearing on the Motion is scheduled to be held before The Honorable Eric L. Frank on March 12, 2019 at 11:00 a.m., in Courtroom No. 1, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading  PA  19601.**

      4.        If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.        You may contact the Bankruptcy Clerk's office at (610) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**ALAINE V. GRBACH, ESQ.**

By:  /s/ Alaine V. Grbach
675 Estelle Drive
Lancaster, PA 17601
(717)3998420
Counsel to the Debtor

Dated: 2/14/2020

2

Case 19-13211-elf    Doc 33    Filed 02/14/20    Entered 02/14/20 15:17:25    Desc Main
Document      Page 3 of 3