UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      :

LISA A. MILLER

                                                       : Chapter 13

            Debtor(s)                         : Bankruptcy No. 19-13211 PMM

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date:  3/16/20

_____
Eric L. Frank,
U.S. Bankruptcy Judge
for U.S. Bankruptcy Judge Patricia M. Mayer