```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 19-13211-pmm
Lisa A. Miller                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Antoinett              Page 1 of 2            Date Rcvd: Mar 16, 2020
                              Form ID: pdf900              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +Lisa A. Miller,    37 College Avenue,    Mountville, PA 17554-1501
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14326414       +Aes Members 1st Fcu,    Attn: Bankruptcy Dept,    Po Box 2461,   Harrisburg, PA 17105-2461
14326415       +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
14326416       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,   Camp Hill, PA 17011-7303
14326418        H & R BLOCK,    EMERALD FINANCIAL SERVICES,    PO BOX 6822,   Carol Stream, IL 60197-6822
14355778       +H&R Block Bank,    TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
14355795       +H&R Block Bank,    c/o Creditors Bankruptcy Service,    P O Box 800849,   Dallas, TX 75380-0849
14326446        LANCASTER PEDIATRIC ASSOC.,    2016 HARRISBURG PIKE, SUITE 1,    LANCASTER  PA  17601-2644
14344979       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
14482469       +M&T BANK,    C/O KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14331762       +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
14483120       +M&T Bank,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14326421       +PRESSLER AND PRESSLER,    COUNSELOR AT LAW,    600 WEST GERMANTON PK, SUITE 400,
                 Plymouth Meeting, PA 19462-1046
14362477       +Pennsylvania Housing Finance Agency,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: camanagement@mtb.com Mar 17 2020 03:57:59     M & T BANK,    1100 Wherle Drive,
                 Williamsville, NY  14221,    UNITED STATES
14326417        E-mail/Text: mrdiscen@discover.com Mar 17 2020 03:57:54      DISCOVER BANK,    PO BOX 30954,
                 Salt Lake City, UT 84130
14338293        E-mail/Text: mrdiscen@discover.com Mar 17 2020 03:57:54      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany Ohio 43054-3025
14326419        E-mail/Text: camanagement@mtb.com Mar 17 2020 03:57:59     M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
14326420        E-mail/Text: blegal@phfa.org Mar 17 2020 03:58:13     Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,   Harrisburg, PA 17105
14362451       +E-mail/Text: blegal@phfa.org Mar 17 2020 03:58:12     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14330927        E-mail/Text: bkrcy@ugi.com Mar 17 2020 03:58:22     UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
14344353       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 17 2020 03:58:12
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14326422       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 17 2020 03:58:12
                 Westlake Financial Services,    Attn: Bankruptcy,    Po Box 76809,   Los Angeles, CA 90076-0809
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 18, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Antoinett            Page 2 of 2                Date Rcvd: Mar 16, 2020
                              Form ID: pdf900            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Lisa A. Miller avgrbach@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

LISA A. MILLER

                                                             : Chapter 13

        Debtor(s)            : Bankruptcy No. 19-13211 PMM

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date:  3/16/20

_____
Eric L. Frank,
U.S. Bankruptcy Judge
for U.S. Bankruptcy Judge Patricia M. Mayer